IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ODIS MADDEN
ADC #136165                                                                PLAINTIFF

v.                              No. 4:23-cv-223-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                          DEFENDANTS

JUDGMENT

Madden's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2024